UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22018-CIV-ALTONAGA/O'Sullivan

**FEDERAL TRADE COMMISSION**,

    Plaintiff,
vs.

**HISPANIC GLOBAL WAY, CORP.**, *et al.*,

    Defendants.
_____/

# ORDER

**THIS CAUSE** came before the Court upon Plaintiff, the Federal Trade Commission's ("FTC['s]") Motion for a Temporary Restraining Order, Asset Freeze, Appointment of a Temporary Receiver, Immediate Access, Other Equitable Relief, and Order to Show Cause Why Preliminary Injunction Should Not Issue . . . ("Plaintiff's Motion") [ECF No. 4], filed June 2, 2014. On June 23, 2014, Defendants filed their Dual Opposition . . . ("Response") [ECF No. 33]. The Response also included an alternative Motion to Unfreeze Partial Assets . . . ("Defendants' Motion"). On June 30, 2014, the Court held a hearing [ECF No. 57] on the motions. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's Motion **[ECF No. 4]** is **GRANTED**.

2.     Defendants' Motion **[ECF No. 33]** is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 30th day of June, 2014.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc: counsel of record