UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-22018-CIV-ALTONAGA/O'Sullivan

**FEDERAL TRADE COMMISSION**,

    Plaintiff,
vs.

**HISPANIC GLOBAL WAY, CORP.**, *et al.*,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On June 9, 2014, Plaintiff served a copy of the summons and complaint on the Defendant, Roberto Carrasco Macedo [ECF No. 43]. To date, this Defendant has failed to answer or otherwise respond. Accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiff shall submit a *motion for entry of Clerk's default* no later than **July 11, 2014**, that includes the certificate of service indicating that notice was sent to the Defendant, including the address to which it was sent. Plaintiff's failure to file for the *motion for entry of Clerk's default* within the specified time may result in a **dismissal** without prejudice and without further notice as to this Defendant.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 1st day of July, 2014.

                                                                                   **CECILIA M. ALTONAGA**
                                                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record