**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

|  |  |
|---|---|
| **FEDERAL TRADE COMMISSION,** | |
| **PLAINTIFF,** | |
| **v.** | **CASE NO. 14-22018-CIV** |
| **HISPANIC GLOBAL WAY, CORP, et al.,** | **ALTONAGA/O'Sullivan** |
| **DEFENDANTS.** | |

### RULE 60(a) MOTION TO ENTER A REVISED STIPULATED ORDER FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT AND MEMORANDUM IN SUPPORT THEREOF

With the consent of the other settling parties, pursuant to Rule 60(a), Plaintiff, the Federal Trade Commission ("FTC"), hereby respectfully moves the Court to grant this Motion by entering a revised Stipulated Order for Permanent Injunction and Monetary Judgment ("Revised Order"), which is submitted herewith as Exhibit A.  This Revised Order corrects clerical mistakes in the Stipulated Order for Permanent Injunction and Monetary Judgment, entered on February 25, 2015 [ECF 97].  In support of this Motion, the FTC states as follows:

1.   The proposed Stipulated Order filed by the FTC on February 25, 2015 had a numbering error.  Section IX was repeated two times, causing the subsequent sections to be misnumbered.

2.   When correcting this error, the Court inadvertently deleted the heading "Retention of Jurisdiction" (originally Section XVIII in the proposed Order) and incorrectly titled this section "Compliance Monitoring" (*see* Section XIX in the Court's version, ECF 97).  Moreover, ECF 97

is missing the parties' signatures by which they stipulated and agreed to be bound by the proposed Stipulated Order.

3.      The FTC has corrected these errors and, pursuant to Rule 60(a), respectfully requests that the Court enter the Revised Order, which is submitted herewith as Exhibit A.

4.      The Defendants Hispanic Global Way, Corp; Hispanic Global Way, LLC; Hispanic Global Way Venez Corp, also d/b/a TVO; Hispanic Global Way Venez I Corp; Gold Lead USA Corporation; Sky Advance Choices Corp; Sky Advance, LLC; First Airborne Trading Corp also d/b/a Fast Solutions, L'Nature Lab, Movil English F.A.S.T., and Moulding Motion 5 First Airborne; Hispanic Network Connections LLC, also d/b/a Lo Vi En TV; Fast Solutions Plus Corp; Rafael Martin Hernandez; Maria Gisella Carrasco; and Maria Elizabeth Vera have consented to the relief requested in this motion.

Respectfully submitted,


Dated: March 2, 2015                    /s/ Michelle L. Schaefer

_____

Michelle L. Schaefer
Special Florida Bar No. A5501956
Laura D. Koss
Special Florida Bar No. A5501957
John Andrew Singer
Special Florida Bar No. A5500992
600 Pennsylvania Ave., NW
Maildrop CC-9528
Washington, DC 20580
Tel: 202-326-3515 (Schaefer)
Tel: 202-326-2890 (Koss)
Tel: 202-326-3234 (Singer)
Fax: 202-326-3197

Counsel for Plaintiff Federal Trade Commission

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2015 that a true and correct copy of the revised Stipulated Order for Permanent Injunction and Monetary Judgment were electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing documents are being served this day on all counsel of record identified on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

| | |
|---|---|
| Albert E. Acuña, Esq.<br>Albert E. Acuña, P.A.<br>782 N.W. 42nd Ave., Suite 343<br>Miami, FL 33126<br>Tel: (305) 548-5020<br>Fax: (305) 424-9284<br>AEAcuna@aeapalaw.com<br><br>Counsel for Defendants Sky Advance, LLC;  First Airborne Service Trading Corp; and Maria Gisella Carrasco | Alex D. Funes<br>The Funes Law Firm<br>223 E. Flagler Street, Suite 606<br>Miami, FL 33131<br>Tel:  (305) 733-3561<br>Fax:  (305) 503-8557<br>af@funeslaw.com<br><br>Counsel for Defendant Maria Vera |
| Timothy M. Hartley, Esq.<br>Hartley Law Offices, PLC<br>Tel: (305) 349-2300<br>800 Southeast Third Avenue<br>Fourth Floor<br>Fort Lauderdale, FL 33316<br>Tel: (954) 357-9973<br>Fax: (954) 357-2275<br>Hartley@hartleylaw.net<br><br>Counsel for Defendants Hispanic Global Way, Corp; Hispanic Global Way, LLC; Hispanic Global Way Venez Corp; Hispanic Global Way Venez I Corp; Gold Lead USA Corporation; Sky Advance Choices Corp; Hispanic Network Connections, LLC; Fast Solutions Plus Corp; and Rafael Martin Hernandez | Jonathan E. Perlman, Esq.<br>Receiver<br>Jesus M. Suarez, Esq.<br>Counsel for Receiver<br>Genovese, Joblove & Batista, P.A.<br>100 S.E. 2nd Street<br>44th Floor<br>Miami, FL 33131<br>Tel: (305) 349-2300<br>Fax: (305) 428-8831<br>jperlman@gjb-law.com<br>jsuarez@gjb-law.com |

Dated: March 2, 2015                              /s/ Michelle L. Schaefer

                                                 _____

                                                 Michelle L. Schaefer
                                                 Special Florida Bar No. A5501956
                                                 Laura D. Koss
                                                 Special Florida Bar No. A5501957
                                                 John Andrew Singer
                                                 Special Florida Bar No. A5500992
                                                 600 Pennsylvania Ave., NW
                                                 Maildrop CC-9528
                                                 Washington, DC 20580
                                                 Tel: 202-326-3515 (Schaefer)
                                                 Tel: 202-326-2890 (Koss)
                                                 Tel: 202-326-3234 (Singer)
                                                 Fax: 202-326-3197

                                                 Counsel for Plaintiff Federal Trade Commission